```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-04685-HWV
Steven R. Barshinger                                                    Chapter 13
Karen A. Barshinger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1            User: CGambini            Page 1 of 1            Date Rcvd: May 09, 2018
                                Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
                Matthews International,   Attn Payroll Administrator,   2 Northshore Center,
                  Pittsburgh, PA 15212-5851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   J.P. Morgan Mortgage Acquisition Corp.
               bkgroup@kmllawgroup.com
              Morris Anthony Scott    on behalf of Creditor   West Coast Servicing, Inc. mscott@udren.com,
               vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor   West Coast Servicing, Inc.
               nlabletta@udren.com, vbarber@udren.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Steven R. Barshinger pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Karen A. Barshinger pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven R. Barshinger                                    **Chapter** 13
Karen A. Barshinger
       **Debtor(s)**                              **Case No.** 1:17-BK-04685-HWV

                                           **Matter:** Motion to Authorize Wage Attachment

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a First Amended Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from who the Debtor, Steven R. Barshinger, receives income from:

        Matthews International
        Attn: Payroll Administrator
        2 Northshore Center
        Pittsburgh, PA 15212-5851

Should deduct from said Debtor's income the sum of **$120.92** from each **bi-weekly** paycheck, or such other sums as Debtor(s) may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor(s) receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, Steven R. Barshinger, and to remit the deductible sums to:

        Charles J. DeHart, III, Esquire
        Standing Chapter 13 Trustee
        PO Box 7005
        Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom the Debtor, Steven R. Barshinger, receives income shall notify the Trustee if said Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, Steven R. Barshinger, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: May 09, 2018

By the Court,

Henry W. Van Eck, Bankruptcy Judge (KB)

Case 1:17-bk-04685-HWV    Doc 34    Filed 05/11/18    Entered 05/12/18 00:39:49    Desc
Imaged Certificate of Notice    Page 3 of 3