

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Morris Scott, Esquire
Urden Law Offices, PC
Woodcrest Corporate Center
1111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003

9590 9402 3614 7305 5476 32

2. Article Number (Transfer from service label)

7017 1000 0000 7445 5603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 5-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHERRY HILL, NJ 08003

Certified Mail Fee $3.45
$2.75   0011   .11

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.50

Total Postage and Fees $6.70

Postmark Date 05/08/2018

Sent To: Morris Scott, Esquire
Urden Law Offices, PC
Woodcrest Corporate Center
1111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003

PS Form 3800, April...