# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen A. Barshinger<br>Steven R. Barshinger<br>            Debtor(s) | CHAPTER 13 |
| J.P. Morgan Mortgage Acquisition Corp.<br>      Movant<br>    vs.<br>Karen A. Barshinger<br>Steven R. Barshinger<br>            Debtor(s) | NO. 17-04685 HWV |
| Charles J. DeHart, III Esq.<br>            Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Certificate of Default of J.P. Morgan Mortgage Acquisition Corp., which was filed with the Court on or about **July 30, 2020**.

                                            Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              Main: 215-627-1322

August 5, 2020