IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                Case No. 17-04685-HWV
                                                               Chapter 13

Steven R. Barshinger
Karen A. Barshinger

Debtor(s).

## NOTICE OF APPEARANCE

**OSAT 2021-RPL1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                           By:   /s/ Steven K. Eisenberg
                                                      Steven K. Eisenberg, Esquire
                                                      Bar No: 75736
                                                      Stern & Eisenberg, PC
                                                      1581 Main Street, Suite 200
                                                      The Shops at Valley Square
                                                      Warrington, PA 18976
                                                      Phone: (215) 572-8111
                                                      Fax: (215) 572-5025
                                                      seisenberg@sterneisenberg.com
                                                      Attorney for Creditor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 16th day of August, 2021, to the following:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Steven R. Barshinger
2535 Freysville Road
Red Lion, PA 17356

Karen A. Barshinger
2535 Freysville Road
Red Lion, PA 17356
*Debtor(s)*


             By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire