| | |
|---|---|
| In re:<br>Steven R. Barshinger<br>Karen A. Barshinger<br>    Debtors | Case No. 17-04685-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 16, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Tadamczyk@matw.com | Feb 16 2023 18:41:41 | Matthews International, Attn Payroll Dept, 2 Northshore Center, Pittsburgh, PA 15212-5851 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor OSAT 2021-RPL1 djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| Elizabeth L Wassall | on behalf of Creditor West Coast Servicing  Inc. ewassall@udren.com, bankruptcy@udren.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bkgroup@kmllawgroup.com |
| Morris A Scott | on behalf of Creditor West Coast Servicing  Inc. mscott@disabilityrightspa.org |

| | |
|---|---|
| Nicole Bernadette LaBletta | on behalf of Creditor West Coast Servicing Inc. nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Steven R. Barshinger pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Karen A. Barshinger pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven K Eisenberg | on behalf of Creditor OSAT 2021-RPL1 seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Steven R. Barshinger<br>**Debtor 1**<br>Karen A. Barshinger<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-04685-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$120.92** from each **bi-weekly** paycheck.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 16, 2023