United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Steven R. Barshinger  
Karen A. Barshinger  
    Debtors

Case No. 17-04685-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 27, 2023      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven R. Barshinger, Karen A. Barshinger, 2535 Freysville Road, Red Lion, PA 17356-8268 |
| cr | + | OSAT 2021-RPL1, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4991329 | + | Allied Recovery Services, 3960 Howard Hughes Parkway #500, Las Vegas, NV 89169-5988 |
| 4991330 | | Anesthesia Associates of York, PO Box 639012, Cincinnati, OH 45263-9012 |
| 4991331 | | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 4991332 | | Apple Hill Surgical Center, 25 Monument Road, Suite 270, York, PA 17403-5073 |
| 4991339 | | Medical Diagnostic Laboratories, 2439 Kuser Road, Trenton, NJ 08690-3303 |
| 5024993 | + | Met-Ed, FirstEnergy, 101 Crawfords Corner Rd, Bldg 1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 4991340 | | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 4991341 | + | Mid America Bank, 5109 South Broadband Lane, Sioux Falls, SD 57108-2208 |
| 4991346 | | SKO Brenner American, Inc., 40 Daniel Street, PO Box 230, Farmingdale, NY 11735-0230 |
| 5430457 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 4991348 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4991354 | + | West Coast Servicing, Inc., 7911 Warner Avenue, Huntington Beach, CA 92647-4707 |
| 4991355 | + | Windsor Township, 1480 Windsor Road, Red Lion, PA 17356-9583 |
| 4991356 | + | York County Tax Claim Bureau, 28 East Market Street, York, PA 17401-1501 |
| 4999491 | + | York Hospital, 1001 S George St, York, PA 17403-3645 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 27 2023 18:46:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4991333 | + | EDI: CCS.COM | Feb 27 2023 23:40:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 4991336 | + | Email/Text: bankruptcy@fncbinc.com | Feb 27 2023 18:45:00 | First National Collection Bureau, PO Box 51660, Sparks, NV 89435-1660 |
| 5034654 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 27 2023 18:46:00 | J.P. Morgan Mortgage Acquisition Corp. C/O, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 4991337 | | EDI: JEFFERSONCAP.COM | Feb 27 2023 23:40:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 5034419 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:11 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 4991338 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:00 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5033718 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2023 18:54:00 | LVNV Funding, LLC its successors and assigns as, assignee of FFPM Carmel Holdings I, LLC, Resurgent Capital Services, PO Box 10587, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Greenville, SC 29603-0587 |
| 5432576 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 27 2023 18:46:00 | | OSAT 2021-RPL1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5432577 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 27 2023 18:46:00 | | OSAT 2021-RPL1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, OSAT 2021-RPL1, Serviced by Select Portfolio Servicing, |
| 4991342 | | Email/Text: bankruptcies@penncredit.com | Feb 27 2023 18:46:00 | Penn Credit Corporation, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 5031301 | | EDI: Q3G.COM | Feb 27 2023 23:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4991345 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 27 2023 18:46:00 | Rushmore Loan Management, PO Box 52708, Irvine, CA 92619-2708 |
| 4991347 | + | EDI: BLUESTEM | Feb 27 2023 23:40:00 | Webbank / Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4991334 | *+ | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 4991335 | *+ | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5034526 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 4991343 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 4991344 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit Corporation, 916 South 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 4991349 | * | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4991350 | * | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4991351 | * | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4991352 | * | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4991353 | * | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5009482 | *+ | West Coast Servicing, Inc., 7911 Warner Ave., Huntington Beach, CA 92647-4707 |
| 5010449 | *+ | West Coast Servicing, LLC, 7911 Warner Avenue, Huntington Beach, CA 92647-4707 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 01, 2023 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor OSAT 2021-RPL1 djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Elizabeth L Wassall | on behalf of Creditor West Coast Servicing Inc. ewassall@udren.com, bankruptcy@udren.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bkgroup@kmllawgroup.com |
| Morris A Scott | on behalf of Creditor West Coast Servicing Inc. mscott@disabilityrightspa.org |
| Nicole Bernadette LaBletta | on behalf of Creditor West Coast Servicing Inc. nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Steven R. Barshinger pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Karen A. Barshinger pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven K Eisenberg | on behalf of Creditor OSAT 2021-RPL1 seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Steven R. Barshinger <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3883 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Karen A. Barshinger <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9201 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-04685-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven R. Barshinger

Karen A. Barshinger

2/27/23

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　**Chapter 13 Discharge**　　　　　　　　page 2