United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-04685-HWV |
| Steven R. Barshinger | Chapter 13 |
| Karen A. Barshinger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 16, 2023      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Steven R. Barshinger, Karen A. Barshinger, 2535 Freysville Road, Red Lion, PA 17356-8268

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bnicholas@kmllawgroup.com |
| Daniel Philip Jones | on behalf of Creditor OSAT 2021-RPL1 djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Elizabeth L Wassall | on behalf of Creditor West Coast Servicing Inc. ewassall@udren.com, bankruptcy@udren.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bkgroup@kmllawgroup.com |
| Morris A Scott | on behalf of Creditor West Coast Servicing Inc. mscott@disabilityrightspa.org |

| | | |
|---|---|---|
| Nicole Bernadette LaBletta | | on behalf of Creditor West Coast Servicing Inc. nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Paul Donald Murphy-Ahles | | on behalf of Debtor 1 Steven R. Barshinger pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | | on behalf of Debtor 2 Karen A. Barshinger pmurphy@dplglaw.com kgreene@dplglaw.com |
| Steven K Eisenberg | | on behalf of Creditor OSAT 2021-RPL1 seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Steven R. Barshinger, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:17−bk−04685−HWV |
| Karen A. Barshinger, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−3883    xxx−xx−9201

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 16, 2023

**fnldec** (01/22)